1038

[No. 12024–1–II. Division Two. May 30, 1989.]

THE COUNTRY ASSOCIATION, *Respondent,* v. LAWRENCE J. WONSER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–03882–1, William L. Brown, Jr., J., entered May 6, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.

[No. 11599–9–II. Division Two. May 30, 1989.]

GENE R. LUTHER, *Appellant,* v. CLALLAM COUNTY PUBLIC UTILITY DISTRICT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86–2–00486–9, Grant S. Meiner, J., entered November 23, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.

[No. 11273–6–II. Division Two. May 30, 1989.]

*In the Matter of the Welfare of* D.R.

Appeal from a judgment of the Superior Court for Pierce County, No. 58941, John B. Krilich, J. Pro Tem., entered June 30, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.

[No 11874–2–II. Division Two. May 30, 1989.]

NOLA JEAN GLERUP, ET AL, *Appellants,* v. GRAYS HARBOR COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–2–00535–4, David E. Foscue, J., entered March 31, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed and Worswick, JJ.